IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CAROLE HOLDEN, | ) |
| Plaintiff, | ) ) ) ) Case No. 4:05-cv-02121-SNL |
| vs. | ) ) **JURY TRIAL DEMANDED** |
| JANSSEN PHARMACEUTICA, L.P., ET AL and DR. THERESA TROY, | ) ) ) |
| Defendants. | ) |

## ORDER

The Court, having fully considered Defendant Eli Lilly and Company's Motion to Lift Stay and Rule on Plaintiff's Voluntary Dismissal Without Prejudice, finds that the Motion should be and hereby is GRANTED. Accordingly, the Stay is lifted and plaintiff's Voluntary Dismissal Without Prejudice is GRANTED. Plaintiff's action against Eli Lilly and Company is hereby dismissed without prejudice.

IT IS SO ORDERED.

Dated: 4/17/06

_____
United States District Court Judge

1916128v1